1064

THE STATE OF WASHINGTON, *Respondent,* v. VALENTIN ISLA CORPUZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-00366-6, Richard M. Ishikawa, J., entered January 29, 1990. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. STAN KUSHNER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-00700-9, Stuart C. French, J., entered November 6, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Baker and Agid, JJ.

THE STATE OF WASHINGTON, *Appellant,* v. RAYMUND CRANDALL, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-00021-7, Dennis J. Britt, J., entered March 8, 1990. *Dismissed* by unpublished opinion per Baker, J., concurred in by Scholfield and Agid, JJ.

THE STATE OF WASHINGTON, *Appellant,* v. DAMON LEE BAKER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-04435-4, Robert E. Dixon, J., entered January 2, 1990. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Agid, JJ.